FILED
2019 Jan-11 PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

 **ALABAMA SJIS CASE DETAIL**

**PREPARED FOR: TRACI ABBETT**

County: **50**   Case Number: **CV-2018-900519.00**   Court Action:
Style: **ROBERT C. PANNELL V. REMMINGTON ARMS COMPANY, LLC**

 Real Time

## Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/12/2018 | 10:24 AM | ECOMP | COMPLAINT E-FILED | WAL235 |
| 12/12/2018 | 10:25 AM | FILE | FILED THIS DATE: 12/12/2018 (AV01) | AJA |
| 12/12/2018 | 10:25 AM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 12/12/2018 | 10:25 AM | ASSJ | ASSIGNED TO JUDGE: TIM RILEY (AV01) | AJA |
| 12/12/2018 | 10:25 AM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 12/12/2018 | 10:25 AM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 12/12/2018 | 10:26 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 12/12/2018 | 10:26 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 12/12/2018 | 10:26 AM | C001 | C001 PARTY ADDED: PANNELL ROBERT C (AV02) | AJA |
| 12/12/2018 | 10:26 AM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 12/12/2018 | 10:26 AM | C001 | LISTED AS ATTORNEY FOR C001: WALKER ROBERT WILLIA | AJA |
| 12/12/2018 | 10:26 AM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 12/12/2018 | 10:26 AM | D001 | D001 PARTY ADDED: REMMINGTON ARMS COMPANY, LLC | AJA |
| 12/12/2018 | 10:26 AM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 12/12/2018 | 10:26 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 12/12/2018 | 10:26 AM | D001 | CERT MAIL-FIL ISSUED: 12/12/2018 TO D001 (AV02) | AJA |
| 12/12/2018 | 10:26 AM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |

 **END OF THE REPORT**

ELECTRONICALLY FILED
12/12/2018 10:24 AM
50-CV-2018-900519.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCIv-93 Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>50-<br>Date of Filing:<br>12/12/2018 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**ROBERT C. PANNELL v. REMMINGTON ARMS COMPANY, LLC**

| First Plaintiff: | ☐ Business   ☑ Individual<br>☐ Government  ☐ Other | First Defendant: | ☑ Business   ☐ Individual<br>☐ Government  ☐ Other |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** WAL236   12/12/2018 10:24:26 AM   /s/ ROBERT WILLIAM WALKER
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**50-CV-2018-900519.00** |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**ROBERT C. PANNELL V. REMMINGTON ARMS COMPANY, LLC**

**NOTICE TO:** REMMINGTON ARMS COMPANY, LLC, 870 WILMINGTON DRIVE P.O. BOX 700, MADISON, NC 27025
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT WILLIAM WALKER
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1300 BETTINGER MTN ROAD, UNIONGROVE, AL 35175
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ROBERT C. PANNELL pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 12/12/2018 10:24:58 AM | /s/ CHERYL PIERCE | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ ROBERT WILLIAM WALKER
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____
*(Date)*

_____                              _____
*(Address of Server)*

_____           _____
*(Type of Process Server)*            *(Server's Signature)*

                                      _____           _____
                                      *(Server's Printed Name)*           *(Phone Number of Server)*

ELECTRONICALLY FILED
12/12/2018 10:24 AM
50-CV-2018-900519.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

# IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

| | |
|---|---|
| ROBERT C. PANNELL, | ) |
| Plaintiff, | ) |
| v. | ) |
| REMINGTON ARMS CO., LLC, | ) |
| Defendant | ) |

## COMPLAINT

**PARTIES**:

1. The plaintiff, Robert C. Pannell ("PANNELL") is an individual over the age of 19 years and resides in Marshall County, Alabama.

2. The defendant, Remington Arms Co., LLC ("REMINGTON") is a Delaware corporation which has its principal place of business in North Carolina and does business in the State of Alabama.

**FACTS**:

3. On January 1, 2017, PANNELL and his son, Thomas Pannell, undertook efforts to "sight in" a new Ruger American .30-06 bolt action rifle he had recently purchased.

4. REMINGTON designed, manufactured, assembled, marketed, distributed, and/or sold the rifle cartridges PANNELL was using.

1

5.  On his first attempt to fire the weapon, PANNELL discharged the weapon and it functioned as designed.

6.  On his second attempt to fire the weapon, when PANNELL discharged the weapon it exploded causing severe injuries to his left hand and thumb.

7.  PANNELL was immediately transported by his son to the Marshall Medical Center Emergency Department in Guntersville, AL where he was treated for the following condition(s): "[S]ingle laceration to the left thumb. The foreign body present. Complicated repair. Treatment of abrasion not delayed. No cellulitis. Gun injury."

8.  PANNELL was told the injuries to his left thumb would require additional surgical intervention.

9.  On January 4, 2017, PANNELL presented again to the Marshall Medical Center for additional preoperative testing which unfortunately revealed a "[N]ew onset atrial fibrillation with controlled rate."

10. On January 9, 2017, PANNELL underwent surgery at the Marshall Medical Center for further repairs to his left thumb.

11. As a result of the explosion referenced in paragraph 6 above, PANNELL sustained the following injuries:
    a.  severe lacerations, bruises and contusions to his left hand;

    b.   physical pain;

    c.   mental anguish and emotional distress, including fright, nervousness, grief, anxiety, worry, humiliation, shock, embarrassment, apprehension, and ordeal;

    d.   permanent physical injury/disfigurement;

    e.   costs of medical care and prescription medication;

    f.   out-of-pocket costs, including insurance co-payments;

    h.   loss of enjoyment of life; and

    i.   permanent/partial loss of use and feeling in his left hand.

12. Unfortunately, PANNELL has not recovered fully from the injuries he received as outlined above.

**COUNT I: ALABAMA'S EXTENDED MANUFACTURER'S LIABILITY DOCTRINE**

13. PANNELL re-alleges paragraphs 1-12.

14. REMINGTON, which has been in the business of designing, manufacturing, assembling, marketing, distributing, and selling ammunition since 1934 and designed, manufactured, assembled, marketed, distributed, and/or sold the rifle cartridge involved in the incident which is the basis of this lawsuit.

15. When PANNELL was injured, the ammunition was in substantially the same condition as when it was designed, manufactured, marketed, distributed, assembled, and/or sold

3

by REMINGTON.

16. When PANNELL was using the ammunition, PANNELL did so in a foreseeable manner.

17. The ammunition was not reasonably safe when PANNELL used it and was defective and unreasonably dangerous for its intended use because (a) the ammunition cartridge had too much gun powder in it; or (b) the ammunition cartridge had too little gun powder in it; and/or (c) the gun powder was clumped together in one end of the cartridge's casing and when ignited, caused a type of explosion that resulted in the cartridge exploding which was not intended.

18. REMINGTON knew, or in the exercise of reasonable care, should have known, that the subject cartridge which exploded and caused PANNELL's injuries was unreasonably dangerous.

19. REMINGTON'S wrongful conduct proximately caused PANNELL's injuries.

WHEREFORE, on the basis of the foregoing, PANNELL requests the jury render a verdict for him and against REMINGTON for all damages specified herein, including punitive damages, in an amount that will adequately reflect the wrongfulness of REMINGTON'S conduct. Further, PANNELL requests the Court enter judgment consistent with the jury's verdict and also award to him interest from the

4

date of judgment and his costs incurred in managing this lawsuit.

**COUNT II: NEGLIGENCE/WANTONNESS:**

20. PANNELL re-alleges paragraphs 1-19 in their entirety.

21. REMINGTON had a duty to use reasonable care in the manufacturing of the subject ammunition cartridges, and it breached this duty.

22. REMINGTON negligently and wantonly designed, manufactured, marketed, distributed, sold, and/or assembled the ammunition cartridge.

23. REMINGTON negligently and/or wantonly failed to warn of certain dangers including, but not limited to, the unreasonable risks that injuries could occur from an unintended explosion similar to the one experienced by PANNELL.

24. REMINGTON'S wrongful conduct proximately caused PANNELL's injuries.

25. WHEREFORE, on the basis of the foregoing, PANNELL requests that the jury selected to hear this case render a verdict for him and against REMINGTON for all damages specified herein, including punitive damages, and in an amount that will adequately reflect the wrongfulness of REMINGTON'S conduct. Further, PANNELL requests the Court enter judgment consistent with the

Case 4:19-cv-00061-CLM Document 1-1 Filed 01/11/19 Page 10 of 14
DOCUMENT 2

jury's verdict and that it also award to him interest from the date of judgment and his costs incurred in managing this lawsuit.

**COUNT III: BREACH OF WARRANTY:**

26. PANNELL re-alleges paragraphs 1-25 in their entirety.

27. REMINGTON expressly and/or impliedly warranted that the ammunition cartridge PANNELL had purchased and utilized was reasonably fit and suitable for the purposes for which it was intended to be used.

28. REMINGTON breached these express and/or implied warranties because the ammunition cartridge was not reasonably fit and suitable for the purposes for which it was intended to be used but, to the contrary, was in a dangerously defective and unsafe condition.

29. REMINGTON'S breaches of warranty proximately caused PANNELL's injuries.

30. WHEREFORE, on the basis of the foregoing, PANNELL requests that the jury selected to hear this case render a verdict for him and against REMINGTON for all damages incurred including, but not limited to punitive damages, in an amount that will adequately reflect the wrongfulness of REMINGTON'S conduct. Further, PANNELL requests the Court enter judgment consistent with the jury's verdict and that it also award to him interest from

the date of judgment and his costs incurred in managing this lawsuit.

**JURY DEMAND**

Plaintiff demands a trial by jury.

Respectfully submitted,

*s/ Robert W. Walker*
Robert W. Walker (WAL236)
*Attorney for Plaintiff*
1300 Bettinger Mountain Rd.
Union Grove, AL 35175
(256) 202-2711
walk1law@aol.com

Dated: December 12, 2018

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**50-CV-2018-900519.00** |
|---|---|---|

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA
**ROBERT C. PANNELL V. REMMINGTON ARMS COMPANY, LLC**

**NOTICE TO:** REMMINGTON ARMS COMPANY, LLC, 870 WILMINGTON DRIVE P.O. BOX 700, MADISON, NC 27025

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT WILLIAM WALKER,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1300 BETTINGER MTN ROAD, UNIONGROVE, AL 35175 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ROBERT C. PANNELL pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 12/12/2018 10:24:58 AM | /s/ CHERYL PIERCE | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ ROBERT WILLIAM WALKER

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____ .

*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

**50-CV-2018-900519.00**
ROBERT C. PANNELL V. REMMINGTON ARMS COMPANY, LLC

| C001 - ROBERT C. PANNELL | v. | D001 - REMMINGTON ARMS COMPANY, LLC |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**50-CV-2018-900519.00** |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**ROBERT C. PANNELL V. REMMINGTON ARMS COMPANY, LLC**

**NOTICE TO:** REMMINGTON ARMS COMPANY, LLC, 870 WILMINGTON DRIVE P.O. BOX 700, MADISON, NC 27025

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT WILLIAM WALKER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1300 BETTINGER MTN ROAD, UNIONGROVE, AL 35175

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ROBERT C. PANNELL pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 12/12/2018 10:24:58 AM | /s/ CHERYL PIERCE | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ ROBERT WILLIAM WALKER
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____.
*(Date)*

_____    _____
*(Address of Server)*

_____    _____
*(Type of Process Server)*    *(Server's Signature)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

ELECTRONICALLY FILED
12/12/2018 10:24 AM
50-CV-2018-900519.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 50<br><br>Date of Filing:<br>12/12/2018 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA
### ROBERT C. PANNELL v. REMMINGTON ARMS COMPANY, LLC

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
            R ☐ REMANDED             T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** WAL236    12/12/2018 10:24:26 AM    /s/ ROBERT WILLIAM WALKER

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO